JUDGE CROTTY

07 CV 5724

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CEBI DENIZCILIK VE TICARET, A.S.,

              Plaintiff,

  - against -

SAGLAM ORMAN URUNLERI INS MI
SAN. VETIC A.S. a/k/a SAGLAM
ORMAN URUNLERI,

              Defendant.
------------------------------------------------------X

07 CV ____
ECF CASE

RECEIVED
JUN 1 5 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

              NONE.

Dated: June 15, 2007
       New York, NY

                          The Plaintiff,
                          CEBI DENIZCILIK VE TICARET, A.S.,

                          By: _____
                          Lauren C. Davies (LD 1980)
                          Thomas L. Tisdale (TT 5263)
                          TISDALE LAW OFFICES, LLC
                          11 West 42nd Street, Suite 900
                          New York, NY 10036
                          (212) 354-0025 – phone
                          (212) 869-0067 – fax
                          ldavies@tisdale-law.com
                          ttisdale@tisdale-law.com