UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
CEBI DENIZCILIK VE TICARET, A.S., :
:
         Plaintiff, :
: 07 CV 5724
 - against - : ECF CASE
:
SAGLAM ORMAN URUNLERI INS MI :
SAN. VETIC A.S. a/k/a SAGLAM :
ORMAN URUNLERI, :
:
         Defendant. :
-----------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/18/07

**ORDER APPOINTING SPECIAL PROCESS**
**SERVER PURSUANT TO F.R.C.P. RULE 4(C)**

    Upon motion of the Plaintiff for an Order appointing Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action, and

    IT IS ORDERED that based upon the affidavit of Thomas L. Tisdale, that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon Defendant herein and upon the garnishees listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for or on account of the Defendants; and

    IT IS FURTHER ORDERED, that in order to avoid the need to repetitively serve the garnishee(s) banks continuously throughout the day, any copy of the Process of Maritime

Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: June 15, 2007
New York, NY

**SO ORDERED,**

_____
United States District Judge

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK